UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                                       Case No. 2:16-mj-11

DAVID KING BALDWIN,

           Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 1, 2016 for an initial appearance on the complaint and warrant.  The government moved for detention which was supported by recommendation of pretrial services.  Defendant requested time to prepare for a detention hearing.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Dated:   9/2/2016                         */s/ Timothy P. Greeley*
                                                     TIMOTHY P. GREELEY
                                                     U.S. MAGISTRATE JUDGE